# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ESSEX INSURANCE COMPANY,**

        **Plaintiff,**

**-vs-**                                **Case No. 6:10-cv-340-Orl-28KRS**

**ANCHOR MARINE ENVIRONMENTAL SERVICES, INC., TISHMAN-DOLPHIN REALTY CORPORATION, JACK STUART NEELY, JR., and LARRY KNOTTS,**

        **Defendants.**

_____

## ORDER

This case is before the Court on Plaintiff's Motion for Entry of Default Judgment (Doc. No. 68) filed November 9, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be denied without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 18, 2010 (Doc. No. 73) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Entry of Default Judgment (Doc. No. 68) is **DENIED without prejudice** pending adjudication of the merits of the case with respect to the co-defendants.

-2-

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___15th___ day of December, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
JOHN ANTOON II
United States District Judge