**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ESSEX INSURANCE COMPANY,**

        **Plaintiff,**

-vs-                                    **Case No. 6:10-cv-340-Orl-28KRS**

**ANCHOR MARINE ENVIRONMENTAL SERVICES, INC., TISHMAN-DOLPHIN REALTY CORPORATION, JACK STUART NEELY, JR., and LARRY KNOTTS,**

        **Defendants.**

_____

## ORDER

This case is before the Court on Plaintiff's Motion to Extend Time to Serve Defendant Knotts, to Execute Alternate Service by Publication and Issue Notice of Action by Clerk (Doc. No. 67) filed November 9, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's objections to the Report and Recommendation (Doc. No. 77), Plaintiff's objections are overruled. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. It is noted that more than sixty days has passed since the Report and Recommendation was entered. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed November 18, 2010 (Doc. No. 72) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Extend Time to Serve Defendant Knotts, to Execute Alternate Service by Publication and Issue Notice of Action by Clerk (Doc. 67) is **DENIED**.

3. Defendant Larry Knotts is dismissed without prejudice from this action.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __10th__ day of February, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge